In the Matter of the Application of MARCO ZUCARO, as Custodian of Records of Rensselaer County.— 

 Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of BETTY J. GEHRING, on Behalf of Herself and EDITH GEHRING and Another, Infants, Respondent, against GEHRING LACES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— 

 ,Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 382.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. PETERS, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 924.]

REBECCA M. CRAFT, Respondent, v. KATIE G. SANFORD et al., Appellants.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 916, and post, p. 1138.]